**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:24-CR-00028-KKC-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR LEAVE TO DISMISS INDICTMENT**

**DANIEL GORDIANO VALENZUELA** **DEFENDANT**

* * * * *

The United States moves pursuant to Federal Rule of Criminal Procedure 48(a) for leave of court to dismiss this Indictment. As grounds for this motion, the United States submits that Indictment 5:24-CR-00044-KKC-MAS supersedes the Indictment herein.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: *s/G. Todd Bradbury*

G. Todd Bradbury
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4898
Gary.T.Bradbury@usdoj.gov

**CERTIFICATE OF SERVICE**

On July 15, 2024, I certify that I filed this document with the Clerk of the Court, using the CM/ECF System, which will send notice of the filing to all counsel of record.

s/G. Todd Bradbury
Assistant United States Attorney