**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:24-CR-00028-KKC-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER**

**DANIEL GORDIANO VALENZUELA** **DEFENDANT**

* * * * *

The Court ORDERS that the Motion of the United States for leave of court to dismiss Indictment Number 5:24-CR-00028-KKC-MAS is GRANTED.

The Court FURTHER ORDERS that the Indictment shall be DISMISSED WITHOUT PREJUDICE.